**Cesar LOPEZ–CHILEL, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 11–72678.**

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2015.*

Filed May 20, 2015.

John E. Ricci, Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument.

Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, OIL, Melissa Katherine Lott, Trial, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Respondent's motion to lift the stay of proceedings is granted.

Cesar Lopez–Chilel, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir.2008), and we deny the petition for review.

Lopez–Chilel does not challenge the agency's determination that his asylum claim was time barred, nor the agency's denial of his CAT claim. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not specifically raised and argued in a party's opening brief are waived). Thus, we deny the petition for review as to Lopez–Chilel's asylum and CAT claims.

With respect to withholding of removal, Lopez–Chilel does not claim past persecu-

tion. Substantial evidence supports the BIA's determination that Lopez–Chilel failed to establish it is more likely than not that he will face future persecution by gang members in Guatemala. *See Nagoulko v. INS*, 333 F.3d 1012, 1018 (9th Cir.2003) (possibility of future persecution too speculative). Thus, Lopez–Chilel's withholding of removal claim fails.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).